Mary C. Bogart, as Administratrix, etc., of John Bogart, Deceased, Respond-

ent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Thomas and Carr, JJ., concurred; Burr and Rich, JJ., voted to reverse because of error of the trial court at folios 428 and 429 in striking out evidence received at folios 296 and 297.